1  KATHARINE L. ELLIOTT, Acting County Counsel 135253
2  BRINA A. LATKIN, Deputy 260829
   Office of the County Counsel
3  County of Mendocino - Administration Center
   501 Low Gap Road, Room 1030
4  Ukiah, CA 95482

5  Telephone:  (707) 234-6885
   Facsimile:   (707) 463-4592
6  latkinb@co.mendocino.ca.us

7  Attorney for Defendants
      County of Mendocino, Ricky Del Forintino
8     Thomas Allman

9

10                IN THE UNITED STATES DISTRICT COURT

11             IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

12 | SCOTT B. MERRIMAN,            ) No. 3:15-cv-03250-MMC
13 |       Plaintiff,              ) **REQUEST FOR TELEPHONIC
   |                               ) APPEARANCE AT CASE
14 |    vs.                        ) MANAGEMENT CONFERENCE AND
   |                               ) ORDER THERETO**
15 | DEPUTY RICK DEL FORINTINO, ET AL., )
16 |       Defendants.             ) Date:  November 6, 2015
   |                               ) Time: 10:30 a.m.
17 |                               ) Case Management Conference
   |                               )
18 |                               )
   |                               ) Honorable Maxine M. Chesney
19 |                               ) U.S. District Court Judge
20 |                               )

21  I, BRINA A. LATKIN, attorney of record for defendants, COUNTY OF MENDOCINO,
22  RICKY DEL FORINTINO AND THOMAS ALLMAN, hereby moves the Court for an
23  order permitting me to appear at the Case Management Conference on Friday,
24  November 6, 2015 at 10:30 a.m. by telephone.  I am away at a conference this week in
25  southern California and this should be a relatively simple matter that can be handled
26  over the phone.
27
28  ///

-1-
**REQUEST FOR TELEPHONIC APPEARANCE AT CASE MANAGEMENT CONFERENCE
AND ORDER THERETO
[3:15-cv-03250 MMC]**

1  I can be reached at (707) 234-6885.

Respectfully submitted,

OFFICE OF MENDOCINO COUNTY COUNSEL

DATED: November 5, 2015          by _____/s/ Brina A. Latkin_____
                                 BRINA A. LATKIN, Deputy County Counsel
                                 Attorney for Defendants
                                     County of Mendocino,
                                     Ricky Del Forintino, Thomas Allman

**ORDER**

IT IS HEREBY ORDERED THAT, BRINA A. LATKIN, attorney of record for defendant, COUNTY OF MENDOCINO shall be permitted to appear at the Case Management Conference on Friday, November 6, 2015 at 10:30 a.m. by telephone (707/234-6885).

Dated: November 5, 2015

_____
Honorable Maxine M. Chesney
U.S. District Court Judge