IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT B. MERRIMAN,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>DEPUTY RICK DEL FORINTINO, et al.,<br><br>　　　　Defendants<br>　　　　　　　　　　　　　　　　　　／ | No. C 15-3250 MMC<br><br>**ORDER DIRECTING PLAINTIFF TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED; EXTENDING TIME FOR DEFENDANTS TO RESPOND TO COMPLAINT** |

　　　　By order filed October 6, 2015, and served by mail on plaintiff Scott B. Merriman that same date, the Court scheduled a Case Management Conference for November 6, 2015, at 10:30 a.m. On November 6, 2015, plaintiff failed to appear as ordered at the Case Management Conference.[1]

　　　　Accordingly, plaintiff is hereby ORDERED TO SHOW CAUSE in writing, no later than November 25, 2015, why the action should not be dismissed pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, for failure to prosecute.

　　　　In light of the above, the deadline for defendants County of Mendocino, Ricky Del Forintino and Thomas Allman to respond to the complaint is hereby EXTENDED to

---

[1] Counsel for the County of Mendocino, Ricky Del Forintino and Thomas Allman appeared at the Case Management Conference.

December 18, 2015.  Said extension shall also apply to any other defendant who is served, and whose response to the complaint otherwise would be due prior to December 18, 2015.

**IT IS SO ORDERED.**

Dated:  November 9, 2015

_____
MAXINE M. CHESNEY
United States District Judge