United States District Court

For the Northern District of California

1
2
3
4
5
6
7
8          IN THE UNITED STATES DISTRICT COURT

9        FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11   SCOTT B. MERRIMAN,                          No. C 15-3250 MMC

12          Plaintiff,                    **ORDER DISMISSING ACTION**

13     v.

14   DEPUTY RICK DEL FORINTINO, et al.,

15          Defendants

16   _____/

17

18          By order filed November 9, 2015, the Court directed plaintiff Scott B. Merriman to

19   show cause, in writing and no later than November 25, 2015, why the above-titled action

20   should not be dismissed for failure to prosecute.  Plaintiff has failed to file any response to

21   the order to show cause.

22          Accordingly, for the reasons stated in the Court's order of November 9, 2015, the

23   above-titled action is hereby DISMISSED, pursuant to Rule 41(b) of the Federal Rules of

24   Civil Procedure, for failure to prosecute.

25          **IT IS SO ORDERED.**

26

27   Dated:  December 2, 2015                    _____
                                                 MAXINE M. CHESNEY
28                                               United States District Judge